DILLON COUNTY SCHOOL DISTRICT NO. 2, Respondent v. LEWIS SHEET METAL WORKS, INC., Dargan Construction Company, Inc., Bonitz Insulation Company of South Carolina, Gene K. King d/b/a Johnson & King Engineers, William H. Kennedy d/b/a Geiger McElveen & Kennedy, a partnership, and/or GMK, Inc., The Celotex Corporation, and W. R. Grace & Company, Inc., of whom Lewis Sheet Metal Works, Inc., Dargan Construction Company, Inc., and William N. Geiger, Donald H. McElveen, Robert H. Kennedy d/b/a Geiger McElveen and Kennedy, a Partnership, and/or GMK, Inc., are, Petitioners.

(343 S. E. (2d) 613)

Supreme Court

April 8, 1986

## ORDER

The writ of certiorari to the Court of Appeals issued on December 9, 1985, as reported at 287 S. C. 207, 332 S. E. (2d) 555, is dismissed as improvidently granted.

NESS, C. J., would address the case on its merits.